## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ellen Aldrich,                                                 Civil No. 08-3999 (RHK/FLN)

          Plaintiff,                          **DISQUALIFICATION AND**
                                                    **ORDER FOR REASSIGNMENT**

vs.

Wyeth, Inc., et al.,

          Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 2, 2008

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge